UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-20186-BLOOM(s)
18 U.S.C. § 1591(a)(1) and (b)(1)
18 U.S.C. § 1594(a)
18 U.S.C. § 2423(b) and (e)
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2428
18 U.S.C. § 981(a)(1)(C)



UNITED STATES OF AMERICA

vs.

STEFAN ANDRES CORREA,

      Defendant.

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Attempted Sex Trafficking of a Minor
(18 U.S.C. §§ 1591(a)(1) and (b)(1), and 1594(a))

From on or about April 16, 2024, through on or about April 18, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEFAN ANDRES CORREA**,

did knowingly attempt to recruit, entice, obtain, patronize, and solicit by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, said conduct in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1594(a).

Pursuant to Title 18, United States Code, Section 1591(b)(1), it is further alleged that this offense involved a person who had not attained the age of 14 years.

## COUNT 2
## Attempted Travel to Engage in Illicit Sexual Conduct
## (18 U.S.C. § 2423(b) and (e))

From on or about April 16, 2024, through on or about April 18, 2024, in the Southern District of Florida, and elsewhere, the defendant,

**STEFAN ANDRES CORREA**,

a United States citizen, did knowingly attempt to travel in foreign commerce, from the Southern District of Florida to Colombia, with the intent to engage in illicit sexual conduct with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b) and (e).

## COUNT 3
## Production of Material Involving Sexual Exploitation of Minors
## (18 U.S.C. § 2251(a) and (e))

From on or about December 1, 2023, through on or about April 18, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEFAN ANDRES CORREA**,

did employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM 1, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction having actually been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4
### Production of Material Involving Sexual Exploitation of Minors
### (18 U.S.C. § 2251(a) and (e))

From on or about December 6, 2023, through on or about April 18, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEFAN ANDRES CORREA**,

did employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM 2, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction having actually been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 5
### Production of Material Involving Sexual Exploitation of Minors
### (18 U.S.C. § 2251(a) and (e))

From on or about December 17, 2023, through on or about April 18, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEFAN ANDRES CORREA**,

did employ, use, persuade, induce, entice, and coerce a minor, that is, MINOR VICTIM 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction having actually been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of

America of certain property in which the defendant, **STEFAN ANDRES CORREA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 1591 and/or 1594, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States: (a) any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d)(1); and (b) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d)(2).

3. Upon conviction of a violation of Title 18, United States Code, Sections 2251 and/or 2252, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

    a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any propeliy traceable to such property.

4. Upon conviction of a violation of Title 18, United States Code, Section 2423, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States: (a) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (b) any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Sections 2428 and 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 2253(a), Title 18, United States Code, Section 1594, Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
LAUREN A. ASTIGARRAGA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-CR-20186-BLOOM(s)

v.

**CERTIFICATE OF TRIAL ATTORNEY**

STEFAN ANDRES CORREA,

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants 0
Total number of new counts 3

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take 7 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☐ 0 to 5 days
   II  ☒ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Bloom   Case No. 24-CR-20186-BLOOM
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-MJ-02786-JG
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of April 18, 2024
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
for LAUREN A. ASTIGARRAGA
Assistant United States Attorney
FL Bar No.   119473

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: STEFAN ANDRES CORREA

**Case No**: 24-cr-20186-BLOOM (s)

Count No. 1:

Attempted Sex Trafficking of a Minor

18 U.S.C. §§ 1591(a)(1) and (b)(1), and 1594(a)

* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 15 Years**
* **Max. Supervised Release: Life**
* **Max. Fine: $250,000**

Count No. 2:

Attempted Travel with Intent to Engage in Illicit Sexual Conduct

18 U.S.C. § 2423(b) and (e)

* **Max. Term of Imprisonment: 30 Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Life**
* **Max. Fine: $250,000**

Count Nos. 3-5:

Production of Child Pornography

18 U.S.C. § 2251(a) and (e)

* **Max. Term of Imprisonment: 30 Years**
* **Mandatory Min. Term of Imprisonment (if applicable): 15 Years**
* **Max. Supervised Release: Life**
* **Max. Fine: $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.