UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 24-CR-20186-BLOOM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

STEFAN ANDRES CORREA,
        Defendant.
_____ /

### DEFENDANT'S OBJECTION TO THE PRE-SENTENCING INVESTIGATION REPORT

COMES NOW, the Defendant, Stefan Andres Correa, by and through undersigned counsel, and respectfully submits the following objections and proposed corrections to the Presentence Investigation Report (PSI):

**1.  Paragraph 57 – Specific Offense Characteristic**

Defense Objection/Request:

Typographical error. The defense requests that the language be corrected to reflect: "a minor who has not attained the age of 12 years old."

Government Position: The government agrees.

Recommendation: PSI should be amended accordingly.

**2.  Paragraph 59 – Specific Offense Characteristic (Sadistic/Masochistic Conduct)**

Defense Objection:

The defendant objects to the inclusion of the phrase: "that the material portrays sadistic or masochistic conduct or other depictions of violence." The defendant agrees to the remaining language of this enhancement but maintains that there is no evidence in this case to support this specific enhancement language.

Government Position: The government does not agree with this objection and will litigate the issue before the Court.

Recommendation: Issue reserved for judicial determination at sentencing.

3. **Paragraph 66 – Specific Offense Characteristic**

   Defense Objection/Request:

   The defense requests that the language be corrected to state: "a minor who has not attained the age of 12 years old."

   Government Position: The government agrees.

   Recommendation: PSI should be amended accordingly.

4. **Paragraph 68 – Specific Offense Characteristic (Sadistic/Masochistic Conduct)**

   Defense Objection:

   The defendant objects to the inclusion of the phrase: "sadistic or masochistic conduct or other depiction of violence," for the same reasons stated in the objection to Paragraph 59.

   Government Position: The government does not agree and will argue this issue at sentencing.

   Recommendation: Issue reserved for judicial determination at sentencing.

5. **Paragraph 75 – Specific Offense Characteristic**

   Defense Objection/Request:

   The defense requests that the language be corrected to reflect: "a minor who has not attained the age of 12 years old."

   Government Position: The government agrees.

   Recommendation: PSI should be amended accordingly.

6. **Paragraph 77 – Specific Offense Characteristic (Sadistic/Masochistic Conduct)**

   Defense Objection:

   The defendant again objects to the inclusion of the phrase: "sadistic or masochistic conduct or other depiction of violence," for the same reasons stated above.

   Government Position: The government does not agree and will argue the issue at sentencing.

   Recommendation: Issue reserved for judicial determination at sentencing.

7. **Paragraph 87 – Chapter Four Enhancement (Repeat and Dangerous Sex Offender Against Minors)**

   Defense Objection:

   > The defendant objects to the application of this enhancement, which designates him as a "Repeat and Dangerous Sex Offender Against Minors," on both factual and legal grounds.

   Government Position: The government maintains the enhancement applies.

   Recommendation: Issue reserved for judicial determination at sentencing.

8. **Paragraph 98 – City of Residence**

   Defense Objection/Request:

   > The defense requests that the reference to "Ocala" be corrected to "Orlando, Florida."

   Government Position: No objection.

   Recommendation: PSI should be amended accordingly.

9. **Paragraph 109 – Travel History**

   Defense Objection/Request:

   > The defense requests that the paragraph be amended to state that the defendant traveled to more than 20 countries in the last 10 years (inserting the word "years," which is currently missing).

   Government Position: No objection.

   Recommendation: PSI should be amended accordingly.

10. **Paragraph 113 – Medical History**

    Defense Objection:

    > The defendant objects to the characterization that he was treated for gonorrhea.
    > The defendant denies ever having or being treated for gonorrhea.

    Government Position: No objection to removing this reference.

    Recommendation: PSI should be amended accordingly.

11. **Paragraph 123 – Employment at Sam's Club**

    Defense Objection/Request:

> The defendant requests that the address for his employment as a pharmacy manager at Sam's Club be corrected to: 7701 S. Orange Blossom Trail, Orlando, Florida. Additionally, the reported income should be corrected to state: $140,000 per year, including bonuses (not plus bonuses).

Government Position: No objection.

Recommendation: PSI should be amended accordingly.

12. **Paragraph 126 – Vehicle Ownership**

    Defense Objection:

    > The defendant objects to the inclusion of the 2005 Toyota Highlander as an asset. The defendant reports that the vehicle was towed away and lost many months ago while he was in custody. This is corroborated by Paragraph 127, which states that there are no vehicles currently registered in the defendant's name according to the Florida Department of Motor Vehicles.

    Government Position: The government takes no position.

    Recommendation: PSI should reflect that the defendant no longer owns the vehicle.

13. **Paragraph 130 – Family Financial Support**

    Defense Objection/Request:

    > The defendant requests correction of the frequency of financial support from his brother to read: "$100 every one or two months", rather than "once or twice monthly."

    Government Position: No objection.

    Recommendation: PSI should be amended accordingly.

14. **Additional Notation Regarding Paragraph 131 – Back Taxes**

    Defense Position:

    > The defense has no objection but notes the government's clarification that this paragraph should read: "back taxes of at least $10,000."

    Government Position: Agrees to this clarification.

    Recommendation: PSI should be amended accordingly.

**15.    Paragraphs 57, 66, 75 – Natalia's Age Clarification**

Defense Position:

> The defense agrees to the government's proposed correction that the minor's age should be listed as "11 years old," and that the age range reflected in the PSI should state "11–17 years old."

Government Position: Agrees to this clarification.

Recommendation: PSI should be amended accordingly.

**CONCLUSION**

The defense respectfully requests that the Probation Office incorporate the agreed-upon corrections as outlined above and leave the remaining disputed issues for resolution at the sentencing hearing.

Dated: June 26, 2025

Respectfully submitted,

/s/ Jorge E. Alonso
JORGE E. ALONSO, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing documents was electronically filed with the Clerk of Court using CM/ECF on this 26th day of June of 2025. I also certify that the foregoing document is being served on the government, via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Jorge E. Alonso, Esq.
Fla. Bar: 280682
1815 NW 7 Street
Miami, Florida 33125
Ph: 305-644-1800

By: /s/ Jorge E. Alonso
JORGE E. ALONSO, ESQ.

**Rule 88.9 Certification – Narrowing of Issues**

Pursuant to Local Rule 88.9 of the United States District Court for the Southern District of Florida, undersigned counsel for the defendant certifies that counsel has conferred in good faith with the Assistant United States Attorney regarding the objections to the Presentence Investigation Report (PSI) in an effort to resolve as many issues as possible prior to the sentencing hearing. As a result of these discussions, the parties have reached agreement on several factual corrections and clarifications, as outlined in the foregoing objections. However, certain contested issues remain, including but not limited to the application of the specific offense characteristics related to sadistic or masochistic conduct or other depictions of violence, and the applicability of the Chapter Four enhancement designating the defendant as a repeat and dangerous sex offender against minors. These matters remain in dispute and will require resolution by the Court at sentencing.

Jorge E. Alonso, Esq.
Fla. Bar: 280682
Criminal DUI & Ticket Lawyers
A Law Firm
1815 NW. 7th St.
Miami, FL 33125
305-644-1800