June 23, 2025

To: Esteemed Honorable Judge Bloom

From: Stefan Andres Correa

Case No. 24-CR-20186-BB



Esteemed Honorable Judge Bloom,

I have to present this letter to you as my attorney has failed to communicate with me for nearly two weeks even though the sentencing date for my case is in a mere 4 (four) days (June 27, 2025) and I have not been given the presentence report yet.

Since this is not in accordance with the "minimum required notice" stipulated in the Federal Rules of Criminal Procedure 32(e)(2), and because my attorney, Albert Quirantes, has failed to address this himself, I am presenting along with this letter a PRO SE motion to schedule the sentencing date to a future date. (see attached)

My attorney, Albert Quirantes, has not communicated with me to confirm the sentencing date as I found out by a third-party that it is a mere 4 days away on June 27, 2025, even though I emailed Mr. Quirantes multiple times asking when is the confirmed sentencing date. This is not the first time Mr. Quirantes has chosen to not communicate with me about my case for extended periods of time and there are other

(1)

valid concerns besides Mr. Quirantes' lack of action to maintain that "minimum required notice" mentioned previosly regarding the presentence report disclosure timeframe. These concerns below can be kindly considered by the court:

a) ~~Mr. Quirantes failed to provide me all the Government's~~ evidence against me until after I signed my guilty plea. It is as if he unethically held the evidence hostage until I agreed to the government's guilty plea offer to which Mr. Quirantes refused to counteroffer despite my requests. When Mr. Quirantes finally allowed me to review all the documents the government had as evidence against me was about 2 weeks after my guilty plea, when we met with probation officer Danielle on around March 18, 2025. In that short time frame of that visit I found 2 significant errors in the government's evidence files:

    1) Primary victim's age is incorrect in all documents, including guilty plea and factual propfer. The official birth certificate in the government's evidence files does not match the age stated.

    2) There are dozens of pages of evidence against me which had a different defendant's name on it and was evidence for a different, unrelated case. I informed Mr. Quirantes about these documents

(2)

. with someone else's name on it and he seemed shocked that I found something so clear that he did not care to see such a grave mistake in the government's evidence files.

b) Mr. Quirantes failed to act on a critical piece of evidence presented by the government: the age of the primary victim is incorrect and since age is the main factor determining this case, this is a highly significant correction that Mr. Quirantes overlooked prior to my guilty plea and even now has not given it importance.

In March 2025 I emailed Mr. Quirantes about the importance of correcting the victim's age on the court's documents and informing both the U.S. Attorney's office and probation officer Danielle. He replied "ok," yet I have asked him multiple times if this has been completed and he simply ignores my emails as he is probably embarassed to admit to all parties, that as a defense attorney, he did not care to check such an important element of the evidence.

c) Asking me to be dishonest with probation officer Danielle during my presentence investigation interview. I twice declined to follow Mr. Quirantes' improper recommendation, telling him, "I have to be honest," and him shrugging dissapointedly "Ok, its your choice."

Although I may have had an unhealthy yet treatable sex drive, at least I am honest as I have learned in Psalm 25:

"All of God's paths are kindness and truth."

d) Failing to inform the corresponding parties that I have proactively and voluntarily enrolled in the BOP's sex offender treatment program.

Even given the unprofessional and lacking legal representation of Mr. Quirantes, I understand my guilty plea is irreversible and I accept full responsibility for my crime, for that same Psalm 25 mentioned above says that God teaches sinners how to repent and stay on the right path. By doing so, we can pray to God with a sincere and pure heart the verse of the same Psalm:

"Treat me according to Your kindness, not according to what I truly deserve. God, remember me only for my good deeds, for the sake of Your goodness."

Sincerely and thankfully,
Stefan Andres Correa



PO BOX 019120
FEDERAL DETENTION CENTER
MIAMI, FL 33101-9120

URGENT

Case #
24-CR-20186-BB

REC'D BY _____ D.C.
JUN 27 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

24 JUNI 2025
MIAMI FL 330

HONORABLE JUDGE BETH BLOOM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
400 NORTH MIAMI AVE
MIAMI, FL 33128-7716

33128-771699