To: Esteemed Honorable Judge Bloom

From: Andres Stefan Correa

Case # 24-CR-20186-BB

July 2025

FILED BY ____ D.C.

JUL 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Your esteemed Honor, thank you for the grace you showed during my case and on my sentencing day.

Although a life sentence is quite severe, it must be accepted with humility and also grace, as it is written in the psalms:

"I trust God's decisions completely, if God acts towards me with strict judgment, I will praise Him - just as I would praise Him if He were to act toward me with mercy"

- Psalm 56:11

Also, despite my criminal behavior, you showed great courtesy and delicacy towards me and all people in your courtroom, and I thank you for demonstrating such a gentle, comforting wisdom.

I believe my case and severe sentence will bring much goodness to the victims and to others, for it is written:

"God is fair, God is good, everything God does can be trusted as God's kindness fills the earth."   - Psalm 33:4-5

We already are seeing some of this as their society will be safer and victims are receiving assistance from social workers.

So as God used my case and life sentence to bring many blessings to the victims and others, then I am happy to be such a precious instrument of God.

I thank God and I praise God, for His kindness and goodness, and His fairness are infinite and everlasting. And I pray that God multiply those blessings towards the victims, and towards the world, and towards my family, and towards US Attorney hauren and her team, and towards you Judge Bloom and all your family and loved ones.

Sincerely and gratefully,

Andres Stefan Correa

Case 1:24-cr-20186-BB   Document 84   Entered on FLSD Docket 07/15/2025   Page 2 of 2

Andres Stefan Correa
Reg No-12458-506
FDC-Miami
PO Box 019120
Miami, FL 33101



MIAMI FL 330
11 JUL 2025   PM 6   L

Honorable Judge Beth Bloom
United States District Court
Southern District of Florida
Office of the Clerk
400 North Miami Ave
Miami, FL 33128-7716

33128-771699

FILED BY _____ D.C.

JUL 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI